1

2

3

4

Arthur Edward Ezor
Plaintiff
305 S. Hudson Avenue, Suite 300
Pasadena, CA 91101
Telephone: (626) 568-8098



5

6

7

LACV1904020-JVS-AGR

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

| | |
|---|---|
| | Case No. |
| ARTHUR EDWARD EZOR, | **VERIFIED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |
| Plaintiff, | |
| v. | |
| JACKIE LACEY, KELLY S. HOWICK , CRAIG ELLIOTT VEALS, and DOES 1 through 10, inclusive, | DEMAND FOR JURY TRIAL DAMAGES EXCEED $ 50,000.00 |
| Defendants. | |

19

20

21

22

COMES NOW Plaintiff, ARTHUR EDWARD EZOR ("EZOR"), and alleges as follows:

23

24

### PRELIMINARY ALLEGATIONS

25

26

27

28

1.    Plaintiff is, and was at all times herein mentioned, an individual residing in the County of Los Angeles, State of California.  Plaintiff is, and was at all times relevant hereto, an adult over eighteen years old.

EZOR V. LACEY

1    2.    Plaintiff is informed and believes, and thereon alleges, that Defendant CRAIG

2   ELLIOTT VEALS ("VEALS") is, and was at all times herein mentioned, an individual residing

3   in the County of Los Angeles, State of California.  Plaintiff is further informed and believes, and

4   upon such information and belief alleges, that Defendant VEALS is, was at all times herein

5   mentioned, a Judge of the Superior Court of the County of Los Angeles.

6    3.    Plaintiff is informed and believes, and thereon alleges, that Defendant JACKIE

7   LACEY ("LACEY") is, and was at all times herein mentioned, an individual residing in the

8   County of Los Angeles, State of California. Plaintiff is further informed and believes, and thereon

9   alleges, that Defendant LACEY is, and was at all times herein mentioned, District Attorney of the

10   County of Los Angeles, State of California. Upon further information and belief, Defendant

11   LACEY is, and was at all times herein mentioned, an attorney who is duly admitted to practice

12   law before all the Courts of the State of California.

13    4.    Plaintiff is informed and believes, and thereon alleges, that Defendant KELLY S.

14   HOWICK ("HOWICK") is, and was at all times herein mentioned, an individual living in the

15   County of Los Angeles, State of California. Plaintiff is further informed and believes, and thereon

16   alleges, that Defendant HOWICK is, and was at all times herein mentioned, a deputy District

17   Attorney of the County of Los Angeles, State of California, working under the supervision of

18   Defendant LACEY. Upon further information and belief, Defendant HOWICK is, and was at all

19   times herein mentioned, an attorney who is duly admitted to practice law before all the Courts of

20   the State of California.

21    5.    Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through

22   10, inclusive, and therefore sues said Defendants by such fictitious names. Plaintiff will amend

23   this Complaint to allege the true names and capacities of Defendants DOES 1 through 10, when

24   this information is ascertained.

25    6.    Plaintiff is informed and believes, and thereon alleges, that each of the DOE

26   Defendants participated or acted in concert with the other named Defendants, and each of them.

27   Said DOE Defendants are therefore responsible and liable in some manner for the acts,

28   occurrences, and/or omissions alleged herein, and have thereby legally and proximately caused

   damages to Plaintiff, as herein alleged.

7.     Plaintiff is informed and believes, and based thereon alleges, that at all times herein mentioned, each of the Defendants was the agent, partner, or employee of each of the other Defendants. In doing the things complained of herein, each of said Defendants was acting within the course and scope of such agency, partnership, or employment.  All acts and omissions alleged to have been done by Defendants, and each of them, were done with the consent, knowledge and authorization of the remaining Defendants, and each of them.

8.     Defendant VEALS is being sued herein by EZOR for appropriate equitable and declaratory relief and not damages. As set forth herein with particularity, said Defendant violated EZOR's constitutional and civil rights.

9.     Within the last year, Defendant VEALS has failed to disqualify himself and void his unlawful Orders affecting EZOR in the criminal case of The People of the State of California v. Arthur Edward Ezor (LASC Case No. BA441505). Said Defendant has acted in the absence of jurisdiction and committed extrinsic fraud or "fraud upon the court" by his having biases and conflicts of interest towards EZOR, or the appearance of same. In particular, Defendant VEALS, over the course of several court sessions, showing his animus towards EZOR, has made hostile and pro-prosecution rulings and commentaries with respect to EZOR. It turns out that Defendant VEALS was formerly employed as a deputy District Attorney of the County of Los Angeles and. upon reasonable information and belief, is well acquainted and personal friends with Defendant LACEY. Egregiously, Defendant VEALS has unconstitutionally and illegally allowed Defendants LACEY and HOWICK to suppress Brady evidence favorable to EZOR in conspiracy with the State  Bar of California and certain of its agents and employees, such as Bar attorney, ELI MORGENSTERN. Since in or about mid-January, 2019, Defendant VEALS has tolerated Defendants LACEY and HOWICK unconstitutionally and unlawfully accessing EZOR's attorney-client file and looking at and often removing privileged work product materials and confidential attorney-client writings and memos, financial records and statements belonging to EZOR and his former counsel, Robert Moore.  EZOR's Due Process Rights, Sixth Amendment Right to effective counsel, and other constitutional rights have been violated by Defendant VEALS.

10.     At all times relevant hereto, and continuing to the present, Defendant VEALS has

violated EZOR's civil and constitutional rights and acted in an unlawful, wrongful and fraudulent manner contrary to his oath to be a fair and impartial state judge. Defendant VEALS continues to act in a wrongful and unconstitutional manner by presiding over the aforesaid criminal case and by not disqualifying himself to date. He has allowed Brady discovery violations to occur against EZOR and conducted biased proceedings, with his biased animus on full display in the record. Defendant VEALS has violated EZOR's criminal and constitutional rights, with the full knowledge, authorization of the presiding Judge of the Los Angeles Superior Court, one DANIEL J. BUCKLEY, and the behind-the-scenes, illegal involvement and improper ex parte communicatons and contacts of California State Bar operatives, including, without limitation, the present Executive Director of said State Bar and attorney ELI MORGENSTERN. EZOR has previously exposed corruption and malfeasance by Mr. Mogenstern, the State Bar of California and the State Bar Court.

11.    Defendant HOWICK has violated EZOR's constitutional rights by perjuring herself on the record in the criminal case by falsely misrepresenting facts about certain of EZOR's litigation matters, as well as being involved in suppressing Brady evidence and unethically and illegally looking at, delving into and even removing, upon reasonable information and belief, certain privileged documents from his attorney-client file, as herein alleged. She did so without the permission, authorization or knowledge of EZOR. Plaintiff is further informed and believes, and thereon alleges, that Defendant HOWICK has had improper, unethical conversations and communications with California State Bar operatives to illicitly fuel the "retaliatory prosecution" of EZOR. At all times relevant hereto, upon reasonable information and belief, Defendant LACEY has approved, ratified and consented to the unlawful, unethical and fraudulent acts of Defendant HOWICK, including the suppression of Brady evidence and the illegal review of EZOR's attorney-client file, as herein alleged. EZOR is informed and believes, and thereon alleges, that Defendant LACEY during her tenure has allowed and authorized systematic abuses of wrongfully suppressing Brady evidence and otherwise violating Defendants' civil and constitutional rights in criminal cases, including EZOR's criminal prosecution. At all times relevant hereto, and continuing to the present, upon reasonable information and belief, Defendant LACEY has further not provided sufficient training, seminars and educational resources to deputy

district attorneys, support staff and investigators as to how to handle and provide Brady evidence and ensure constitutional protections of Defendants.

## FIRST CAUSE OF ACTION
## (VIOLATION OF CIVIL RIGHTS)
## (AGAINST ALL DEFENDANTS)

12.     Plaintiff refers to, and incorporates as though fully set forth herein, the preceding Paragraphs and allegations of this Complaint.

13.     This is a civil rights complaint for declaratory relief, damages and other appropriate relief pursuant to 42 U.S.C. 1983 et seq. Plaintiff's civil rights have been violated, as set forth and alleged herein.

14.     This Court has jurisdiction in this action pursuant to 42 U.S.C. 1983. Moreover, Plaintiff is an adult residing in this judicial district where much of the tortious, wrongful and unlawful actions alleged herein took place.

15.     Plaintiff's constitutional and civil rights were violated as follows, without limitation, as alleged and described herein:

(i)     EZOR has been improperly and unlawfully prosecuted as a direct, legal and proximate result of his exposing the aforesaid corruption and malfeasance, his criminal case constituting a retaliatory or discriminatory prosecution.

(ii)    EZOR's rights to procedural and substantive due process and equal protection of laws, under the Fourteenth Amendment, the Fifth Amendment, the United States Constitution, the California Constitution and other applicable law, were violated by his not receiving to date  fair and impartial court proceedings from Defendant VEALS.

(iii)   Defendant VEALS' Orders and rulings to date are, and was at all times herein mentioned, illegal, unconstitutional, void, ultra vires and otherwise unsupportable, because this Defendant violated his judicial oath to be fair and impartial towards EZOR, had biases and conflicts of interest or the appearance of same towards EZOR, and should have disqualified

EZOR V. LACEY                              5

himself.

16.     Defendants LACEY and HOWICK, as state actors, acted unreasonably so as to violate EZOR's constitutionally and federally protected rights, as herein alleged and described.

17.     Said Defendants, and each of them, are subject to monetary liability, because they acted unreasonably and unlawfully as state actors to harm Plaintiff. As a direct, legal and proximate result of their misconduct and unlawful, wrongful actions, as hereinbefore alleged, Plaintiff has suffered, and continues to suffer, physical and mental pain and anguish, including severe emotional distress.  As stated above, such general damages sustained thereby will be ascertained, at or before trial, according to proof.

18.     Defendants LACEY and HOWICK, and each of them, in harming and injuring Plaintiff as alleged, acted with malice, fraud and oppression. Therefore, Plaintiff is entitled to an award of punitive or exemplary damages in the amount of  Ten Million Dollars ($ 10,000,000) against said Defendants and each of them.

19     Plaintiff is entitled to appropriate declaratory and equitable relief, declaring that his civil and constitutional rights have been violated, as aforesaid, by all the named Defendants, and each of them. In particular, EZOR is entitled to a finding that Defendant VEALS is disqualified and estopped to act as judge in his criminal case and that his rulings and Orders are, and were at all times herein mentioned, null and void Plaintiff is entitled to a further finding that his civil and constitutional rights were violated and continue to be violated by Defendant VEALS.

20.     Plaintiff is entitled to appropriate declaratory and equitable relief, disqualifying the entire District Attorney's Office of the County of Los Angeles from acting further in his criminal case, including, without limitation, the disqualification of  Defendants LACEY and HOWICK. Plaintiff is further entitled to a finding that Defendants LACEY and HOWICK have violated his civil and constitutional rights, as herein alleged and described.

21.     Plaintiff is entitled to a Temporary Restraining Order, Preliminary Injunction and Permanent Injunction against Defendants VEALS, LACEY and HOWICK, enjoining them from acting further in his criminal case.

## ON FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS

1. For appropriate declaratory and equitable relief, and a finding that Plaintiff's civil rights have been violated by the named Defendants, and each of them.

2. For an Order that Defendant VEALS' Orders and rulings in EZOR's criminal case be declared null and void, set aside, rescinded and vacated forthwith and in the interests of justice and equity.

3. For general damages against Defendants LACEY and HOWICK, and each of them, according to proof.

4. For punitive damages against Defendants LACEY and HOWICK, and each of them, as prayed.

5. For costs of suit incurred herein; and

6. For such other and further relief as the Court may deem proper and just in the premises.

Dated: May 8, 2019          BY: _____

ARTHUR EDWARD EZOR

Plaintiff

1

**VERIFICATION**

2

3      STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

5      I have read the foregoing Complaint for Damages and Equitable Relief.

6      I am a party to this action. The matters stated in the foregoing document are true of my own

7  knowledge, except as to those matters which are stated on information and belief. As to those

8  matters, I believe them to be true.

9      Executed on May 8, 2019, at Los Angeles, California.

10      I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.

12

13      _____

14      ARTHUR EDWARD EZOR

       Declarant

15

16

17

18

19

20

21

22

23

24

25

26

27

28