# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EDWARD EZOR, <br>     Plaintiff, <br> v. <br> JACKIE LACEY, et al., <br>     Defendant. | NO. CV 19-4020-JVS (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IS ADJUDGED that judgment is entered for Defendants and the entire action is dismissed without leave to amend.

DATED: March 12, 2021

_____
JAMES V. SELNA
United States District Judge